IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DEMIZIO REMON HARPER,**

   *Plaintiff*,

v.                                        Case No.: 4:23cv131-MW/MAF

**COWETA COUNTY DETENTION CENTER, et al.,**

   *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. This action is **TRANSFERRED** to the United States District Court for the Northern District of Georgia, Newnan Division, for all further proceedings, including review of Plaintiff's *in forma pauperis* motion, ECF No. 2. The Clerk shall

take all necessary steps to effect the transfer and close the file.

**SO ORDERED on May 1, 2023.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**